AO 247 (02/08) Order Regarding Motion for Sentence Reduction   Rev. 4/10/2008

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

**FILED**

**NOV - 4 2011**

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:01-CR-46-1BO |
| CRAIG DOCKERY ) | USM No: 21202-056 |
| Date of Previous Judgment: March 3, 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney Robert H. Hale, Jr. |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the ____defendant____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.
If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____    Amended Offense Level: _____

Criminal History Category: _____    Criminal History Category: _____

Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

As a result of the application of the career offender guideline, the defendant is ineligible for the reduction.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/4/2011

Judge's signature

Effective Date: _____
(if different from order date)

Terrence W. Boyle, U.S. District Judge
Printed name and title